THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN PASKOWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIGHTSIDE GROUP, LTD., *et al.*,<br><br>Defendants. | CASE NO. C17-0992-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on parties' stipulated notice of resolution of Plaintiff's attorneys' fees claim (Dkt. No. 10). The Court acknowledges receipt of parties' notice of resolution and DIRECTS the Clerk of Court to vacate the status conference scheduled for November 7, 2017 (Dkt. No. 4) and terminate the case.

DATED this 23rd day of October 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk